# Court of Appeals
# of the State of Georgia

ATLANTA,__August 01, 2024_____

*The Court of Appeals hereby passes the following order:*

## A25E0003. RHETT v. WILLFORD.

Appellant Andrea Rhett has filed an emergency "motion to stay writ of possession" with this Court. Upon consideration of that motion, it is hereby DENIED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,__08/01/2024_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.